HARRY ROSENWASSER, INC., Respondent, v. QUEENS MANOR CONSTRUCTION Co., INC., and ALFRED AUSLANDER, Appellants.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

FLORENCE CLENDENIN TORNOW, Respondent, v. GEORGE TORNOW, Appellant.— Order modified by permitting examination of defendant as to items 4, 5, that part of item 8 concerning the moral and legal obligation of defendant to marry another woman, and item 9; as so modified, order affirmed, without costs. No opinion. Manning, Kapper, Lazansky and Hagarty, JJ., concur; Kelly, P. J., dissents, upon the ground that an examination before trial should not be allowed in a case of this description. (*Wessel* v. *Schwarzler*, *No. 1*, 144 App. Div. 587.)

In the Matter of the Application of BRENTON K. FISK for Admission to the Bar. (From the State of Alabama.) — Application granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of WILLIAM KIRKWOOD FLORA for Admission to the Bar. (From the State of Arizona.) — Application granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. JOHN J. RIORDAN, Respondent.— While the charges preferred against the respondent justify the recommendation of the official referee, we are of opinion that, in view of the fact that the respondent has made restitution, and of his active service overseas in the late war, resulting in disability, suspension for one year will be adequate punishment. We, therefore, direct that respondent be suspended from the practice of the law for a period of one year. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARY E. JAMES, Respondent, v. WALTER A. JAMES and CHARLOTTE A. JAMES, Appellants.— Motion to compel restitution denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

WILLIAM BREUER, Respondent, v. ABRAHAM SOLOMON and ANNIE SOLOMON, Appellants. OTTILIE BREUER, Respondent, v. ABRAHAM SOLOMON and ANNIE SOLOMON, Appellants.— Judgments against defendant Abraham Solomon, and orders, reversed upon the law and the facts, and new trial granted, costs to abide the event, because of errors in the admission of testimony at folios 245, 246 and 274. Judgments against defendant Frieda Solomon (sued as Annie Solomon), and orders, reversed upon the law and the facts, and complaints dismissed, without costs, upon the ground that there is no evidence connecting her with the control and management of the store, nor is there any proof of negligence otherwise on her part. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

CORKLITE COMPANY, INC., Plaintiff, v. THE RELL REALTY CORPORATION, Defendant. ISAAC GOLDBERG and Others, Respondents; CAPITAL CITY SURETY COMPANY, Appellant. LOUIS BARON and HYMAN LEBOW, Plaintiffs, v. THE RELL REALTY CORPORATION and Others, Defendants. ISAAC GOLDBERG and Others, Respondents; CAPITAL CITY SURETY COMPANY, Appellant.— Order denying motion to reopen trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.